Submitted April 3, reversed June 3, 2015

In the Matter of M. S. P.,
Alleged to be a Person with Mental Illness.

## STATE OF OREGON,
*Respondent,*

*v.*

## M. S. P.,
*Appellant.*

Multnomah County Circuit Court
14CC03343; A158426

350 P3d 614

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Judy C. Lucas, Senior Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Lagesen, Judge, and Flynn, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment of commitment entered pursuant to ORS 426.130, which provides for the commitment of a person with mental illness to the Oregon Health Authority. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that he is a danger to himself because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.